UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **HENRIK SARDARIANI,** | **Case No. LA CV 15-07040-VBF** |
| | **FINAL JUDGMENT** |
| Petitioner, | |
| v. | |
| **UNITED STATES OF AMERICA** | |
| Respondent. | |

Pursuant to this Court's contemporaneously issued Order Denying Petitioner's Motion to Vacate Set Aside, or Correct a Sentence under 28 U.S.C. § 2255, Directing the Entry of Separate Judgment, and Terminating and Closing the Case, **final judgment is hereby entered in favor of respondent United States of America against petitioner Henrik Sardariani.**

Dated:  Friday, September 16, 2016

_Valerie Baker Fairbank_
_____

Valerie Baker Fairbank

Senior United States District Judge